No. 485. PENNSYLVANIA RAILROAD COMPANY *v.* ELIZA-
BETH SWANK, ADMINISTRATRIX, ETC. October 18, 1920.
Petition for a writ of certiorari to the Court of Errors and
Appeals of the State of New Jersey denied. *Mr. George A.
Bourgeois* and *Mr. Harry R. Coulomb* for petitioner. *Mr.
James Mercer Davis* for respondent.

Nos. 488 and 489. FREDERICK B. LYNCH *v.* D. DARN-
ELL ET AL., PARTNERS AS HAZEL-DARNELL MULE COMPANY.
October 18, 1920. Petition for writs of certiorari to the
Circuit Court of Appeals for the Eighth Circuit denied.
*Mr. Thomas D. O'Brien, Mr. Edward T. Young* and *Mr.
Alexander E. Horn* for petitioner. *Mr. Pierce Butler* and
*Mr. William D. Mitchell* for respondents.

No. 490. HARRY C. WILSON ET AL. *v.* UNITED STATES.
October 18, 1920. Petition for a writ of certiorari to the
Circuit Court of Appeals for the Ninth Circuit denied.
*Mr. Thomas Ball* for petitioners. *The Solicitor General* for
the United States.

No. 494. CHARLES B. MUNDAY *v.* PEOPLE OF THE
STATE OF ILLINOIS. October 18, 1920. Petition for a writ
of certiorari to the Supreme Court of the State of Illinois
denied. *Mr. John F. McCarron, Mr. William J. Hughes*
and *Mr. Edward H. Morris* for petitioner. No appearance
for respondent.